## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                      No. 4:16CR00014 JLH

EZEQUIEL FELIX-BUSTAMANTE                                                         DEFENDANT

### ORDER

The motion by the United States to dismiss the forfeiture allegation in the indictment is GRANTED.  Document #16.

IT IS SO ORDERED this 12th day of May, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE